# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.  Criminal No. 25-19

ANDY HA

## CRIMINAL CASE INFORMATION SHEET

Division: Pittsburgh
County in which first offense cited occurred: Washington

Related to No. _____  Judge: _____

CATEGORY:
1. ◯ Narcotics and Other Controlled Substances (Defs: ◯1-2 ◯3-9 ◯10+)
2. ⬤ Fraud and Property Offenses (Defs: ⬤1-2 ◯3-9 ◯10+)
3. ◯ Crimes of Violence
4. ◯ Sex Offenses
5. ◯ Firearms and Explosives
6. ◯ Immigration
7. ◯ All Others

Previous Proceedings before Magistrate Judge: _____
Case No.: _____

*PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE*

Defendant ◯ is in custody  ⬤ is not in custody
Custody is ◯ State  ◯ Federal   Name of Institution: _____

Defendant ◯ is  ⬤ is not serving a term of Supervised Release
Case No. _____   Judge: _____

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 01/28/2025

*/s/ William B. Guappone*
WILLIAM B. GUAPPONE
Assistant U.S. Attorney
NC ID No. 46075