IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                             Criminal No. 2:25cr19

ANDY HA

## **MOTION FOR FINAL ORDER OF FORFEITURE**

AND NOW comes the United States of America by and through its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania and Jill L. Locnikar, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully represents as follows:

1.     By Order of the Court dated March 3, 2025, all right, title, and interest of Andy Ha in the following property, further identified by asset identification numbers 24-ICE-000489 and 24-CBP-000455, were forfeited to the United States (the "Subject Property"):   $485,476.00 in United States currency seized on March 17, 2024; and $473,333.00 in United States currency seized on February 18, 2024.

2.     The United States subsequently began ancillary forfeiture proceedings and provided notice of the forfeiture of the Subject Property so that third party interests could be adjudicated.

3.     The United States advertised notice of this forfeiture proceeding via the government's forfeiture website.   The United States filed a Declaration of Publication detailing the notice, the website, and dates of advertising.

4.     No claims have been filed regarding the Subject Property, and the time to file claims has expired.

5.     Accordingly, the United States is entitled to forfeiture of the Subject Property free and clear of all right, title, and interest of any person or entity, including, without limitation, Andy Ha.

WHEREFORE, the United States respectfully requests that this Honorable Court enter a final Order forfeiting the Subject Property to the United States free and clear of all right, title, and interest of any person or entity, pursuant to 8 U.S.C. § 1324(b) and 18 U.S.C. § 981(a)(1)(C) including, without limitation, Andy Ha.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

*/s/ Jill L. Locnikar*
JILL L. LOCNIKAR
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412)894-7429
(412)644-6995 (fax)
jill.locnikar@usdoj.gov
PA ID No. 85892 (AFF)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the United States' Motion for Final Order

of Forfeiture has been served through the electronic filing system this 29th day of August, 2025,

upon the following:

Michael Machen, Esquire
mmjjmachen@yahoo.com

/s/ Jill L. Locnikar
JILL L. LOCNIKAR
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412)894-7429
(412)644-6995 (fax)
jill.locnikar@usdoj.gov
PA ID No. 85892 (AFF)